1  Christina Coates (State Bar No. 206602)
   ccoates@jonesday.com
2  Brian L. Johnson (State Bar No. 216604)
   bjohnson@jonesday.com
3  JONES DAY
   12265 El Camino Real
4  Suite 200
   San Diego, CA 92130
5  Telephone: 858.314.1200
   Facsimile: 858.314.1150
6
   David R. Marshall (MN Bar No. 184457)
7  S. Jamal Faleel (MN Bar No. 0320626)
   FREDRIKSON & BYRON, P.A.
8  200 South Sixth Street, Suite 4000
   Minneapolis, MN 55402-1425
9  Telephone: (612) 492-7000
   Facsimile: (612) 492-7077
10 *Pro Hac Vice Application Pending*

11 Attorneys for Defendant
   PETTERS CONSUMER BRANDS, LLC
12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| STARLIGHT CONSUMER ELECTRONICS (USA), INC., (on its own behalf and on behalf of HANG SENG BANK)<br><br>Plaintiff,<br><br>v.<br><br>PETTERS CONSUMER BRANDS, LLC, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:07-cv-02102-IEG-RBB<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>DATE: January 14, 2008<br>TIME: 10:30 a.m.<br>DEPT: Courtroom 1<br>JUDGE: HON. IRMA E. GONZALEZ |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procecure, the undersigned counsel of record for Defendant Petters Consumer Brands, LLC, ("Petters"), now Polaroid Holding Company (following a merger on April 27, 2005), hereby certifies that it is owned by Petters Group Worldwide, LLC (90%) and Michael

LAI-2913955v1

1  O'Shaughnessy (10%) and that no publicly held corporation owns 10% or more of
2  its stock.
3       A supplemental disclosure statement will be filed upon any change in the
4  information provided herein.

6  Dated: November 7, 2007

Respectfully Submitted,

JONES DAY

By: /s/ Christina D. Coates
Christina D. Coates

Attorneys for Defendant
PETTERS CONSUMER BRANDS, LLC

LAI-2913955v1

- 2 -

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 200, San Diego, California 92130. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 7, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Anton N. Handal, Esq.
Pamela C. Chalk, Esq.
Gabriel G. Hedrrick, Esq.
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, CA 92101
Telephone: (619) 544-6400

Attorneys for Plaintiff STARLIGHT CONSUMER ELECTRONICS (USA), INC.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2007, at San Diego, California.

_____
Yvonne C. Kametani

LAI-2913014v1                                                                PROOF OF SERVICE BY MAIL