**HANDAL & ASSOCIATES**
Civic Center Plaza
1200 Third Avenue, Suite 1321
San Diego, CA 92101
619.544.6400
619.696.0323 Fax
Anton N. Handal, Cal. Bar No. 113812
Pamela C. Chalk, Cal. Bar No. 216411
Gabriel G. Hedrick, Cal. Bar No. 220649

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT CONSUMER ELECTRONICS (USA), INC., (on its own behalf and on behalf of HANG SENG BANK) <br><br> Plaintiff, <br><br> vs. <br><br> PETTERS CONSUMER BRANDS, LLC, and DOES 1 through 100. <br><br> Defendants | Case No. 07CV02102 IEG (RBB) <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego California. I am over the age of 18 and not a party to this action. My business address is 1200 Third Ave., Suite 1321, San Diego, California 92101.

On December 31, 2007, I caused to be electronically served the following:

1) **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER COMPELLING ARBITRATION**

2) **DECLARATION OF GABRIEL G. HEDRICK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER COMPELLING ARBITRATION**

on the parties or their counsel shown below:

>Christina Coates
>Brian L. Johnson
>JONES DAY
>12265 El Camino Real
>Suite 200
>San Diego, CA 92130
>ccoates@jonesday.com
>bjohnson@jonesday.com
>Attorneys for Plaintiff
>
>David R. Marshall
>S. Jamal Faleel
>FREDRIKSON & BYRON, P.A.
>200 South Sixth Street, Suite 4000
>Minneapolis, MN 55402
>Attorneys for Plaintiff

I certify and declare under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed on December 31, 2007 at San Diego, California.

_____
Gabriel G. Hedrick